UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DENISE TOOTLE, | : | |
| Debtor | : | BANKRUPTCY NO. 15-18700AMC |

### NOTICE OF OBJECTION TO CLAIM AND HEARING DATE
### (U.S. Bank National Association, Trustee for the
### Pennsylvania Housing Finance Agency - Claims Register Entry No. 6)

The Debtor has filed an Objection to the Proof of Claim you filed in this bankruptcy case.

**Your claim may be reduced, modified or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the Objection, scheduled to be held before the Honorable Ashely M. Chan on Aug 23, 2016, at 11 AM in Courtroom #5, United States Bankruptcy Court, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania 19107. If you or your attorney do not attend the hearing on the Objection, the court may decide that you do not oppose the Objection to your claim.

Date: July 14, 2016

JAMES D. MORAN, ESQUIRE
2230 Land Title Building
100 South Broad Street
Philadelphia, PA 19110
(215) 751-1670
Fax: (215) 563-8330
jamesdmoran@hotmail.com