# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 15-18700-AMC

DENISE TOOTLE

6330 OAKLAND ST.

PHILADELPHIA, PA 19149

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DENISE TOOTLE

6330 OAKLAND ST.

PHILADELPHIA, PA 19149

Counsel for debtor(s), by electronic notice only.

JAMES MORAN ESQUIRE
2230 LAND TITLE BUILDING
100 SOUTH BROAD STREET
PHILA, PA 19110-

Date: 7/22/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee