UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                              :          CHAPTER 13

DENISE TOOTLE,                                          :

          Debtor                                    :          BANKRUPTCY NO. 15-18700AMC

## CERTIFICATION OF SERVICE OF ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

James D. Moran, Esquire, the attorney for the Debtor, hereby certifies that on September 14, 2016 he made service of the Court's Order of September 13, 2016 Dismissing the Chapter 13 Case and Setting Deadline for Applications for Allowance of Administrative Expenses on the Debtor, the Standing Chapter 13 Trustee, the Office of the U.S. Trustee, and on all creditors and parties in interest by first class mail, postage prepaid or by electronic means.

                                                      Respectfully submitted,

                                                      JAMES D. MORAN, ESQUIRE
                                                      Attorney for Debtor
                                                      2230 Land Title Building
                                                      100 South Broad Street
                                                      Philadelphia, PA 19110
                                                      Tel: (215) 751-1670
                                                      Fax: (215) 563-8330
                                                      jamesdmoran@hotmail.com

Dated: Sept 15, 2016