United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 15-18700-amc
Denise Tootle                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: JeanetteG         Page 1 of 2              Date Rcvd: Sep 13, 2016
                            Form ID: pdf900         Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2016.
```
db           +Denise Tootle,    6330 Oakland Street,    Philadelphia, PA 19149-2834
13642928     +American Student Assistance,    330 Stuart St.,,    Boston, MA 02116-5242
13642929    #+CBE Group, inc.,   Payment Processing Center,,   PO Box 2594,,    Waterloo, IA 50704-2594
13715685      Educational Credit Management Corporation,    PO Box 16408,    St. Paul, MN 55116-0408
13642933     +Global Credit Network,    20010 Century Blvd., Suite 420,,    Germantown, MD 20874-1118
13642934     +Jefferson Capital Systems,    C/O First National Collection Bureau,,    610 waltham Way,,
               Sparks, NV 89434-6695
13642935      NorthStar Location Services,    4285 Genesee St.,,    Buffalo, NY 14225-1943
13642936     +PGW,    Bankruptcy Dept.,    800 W. Montgomery Ave.,    Philadelphia, PA 19122-2806
13642937     +Philadelphia Federal Credit Union,    12800 Townsend Rd.,,    Philadelphia, PA 19154-1095
13757189     +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    PHFA Loan Servicing Division,
               211 North Front Street,    Harrisburg, PA 17101-1466
13642938     +U.S. Bank National Associatiobn,    Trustee for PA Housing Finance Agency,    211 N. Front St.,,
               PO Box 15057,    Harrisburg, PA 17105-5057
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Sep 14 2016 02:12:15    City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 14 2016 02:11:52
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 14 2016 02:12:14    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13653915      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 14 2016 02:10:51
               American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
               Oklahoma City, OK  73124-8848
13733668      E-mail/Text: bankruptcy@phila.gov Sep 14 2016 02:12:15    City of Philadelphia,
               Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13642931     +E-mail/Text: bankruptcy@phila.gov Sep 14 2016 02:12:15    City of Philadelphia,
               Law Dept.-Tax Unit,,    1401 JFK Blvd., 5th floor,,    Philadelphia, PA 19102-1611
13642930     +E-mail/Text: equiles@philapark.org Sep 14 2016 02:12:30    City of Philadelphia,
               PO Box 41818,    Philadelphia, PA 19101-1818
13642932     +E-mail/Text: bankruptcynotices@dcicollect.com Sep 14 2016 02:12:27     Diversified Consultants,
               PO Box 551268,    Jacksonville, FL 32255-1268
                                                                                               TOTAL: 8
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13648933      James D. Moran,  2230 Land Title Bldg.,Phila.,PA 19
13648930      James D.Moran, 2230 Land Title Bldg.,Phila.,PA 191
13648931      James D.Moran, 2230 Land Title Bldg.,Phila.,PA 191
13648929      James D.Moran,2230 Land Title Bldg.,Phila.,PA 1911
13648932      James D.Moran,2230 Land Title Bldg.,Phila.,PA 1911
13732960      U.S.Bank National Association,Trustee for PA Housi
                                                                                 TOTALS: 6, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2016                                           Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: JeanetteG            Page 2 of 2                    Date Rcvd: Sep 13, 2016
                              Form ID: pdf900            Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2016 at the address(es) listed below:
              JAMES D. MORAN    on behalf of Debtor Denise  Tootle jamesdmoran@hotmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DENISE TOOTLE, | : | |
| Debtor | : | BANKRUPTCY NO. 15-18700AMC |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE
FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

AND NOW, upon consideration of the Motion to Dismiss the Chapter 13 case filed by William C. Miller, Standing Trustee (the "Trustee"), and after Notice and hearing, it is ORDERED that:

1. This Chapter 13 Bankruptcy case is dismissed.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any Wage Orders previously entered are VACATED.

4. Pursuant to 11 U.S.C. 349(b)(3), the undistributed Chapter 13 Plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. 349(b)(3).

5. All applications for Allowance of Administrative Expenses (including Applications for Allowance of Professional Fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all creditors and interested parties within five (5) days of the entry of this Order. Counsel shall file a Certification of Service confirming such service, and (1) a Certification of No Response confirming that neither an objection to the proposed compensation nor an Application for Administrative Expense has been filed; or (2) certify that such Applications had been filed and setting hearing on all such Applications.

7. If no Certification as required above in paragraph 6 has been entered on the Docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any Applications for Administrative Expenses other than the Debtor's counsel's have been filed, set a hearing thereon or if no such Applications have been filed, be authorized to return such funds to the Debtor pursuant to 11 U.S.C. §1328(a)(2).

BY THE COURT:

ASHELY M. CHAN,
U.S. Bankruptcy Judge

Dated: 9/13/16