UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                       :    CHAPTER 13

DENISE TOOTLE,                               :

        Debtor                        :    BANKRUPTCY NO. 15-18700AMC

## CERTIFICATION OF NO RESPONSE TO ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

James D. Moran, Esquire, the attorney for the Debtor, hereby certifies that more than twenty (20) days have elapsed since the court signed the Order Dismissing the Chapter 13 Case and Setting Deadline for Applications for Allowance of Administrative Expenses on September 13, 2016.

On September 15, 2016, counsel filed the Certification of Service stating that he made service of the Order on September 14, 2016.

                          Respectfully submitted,

                          JAMES D. MORAN, ESQUIRE
                          Attorney for Debtor
                          2230 Land Title Building
                          100 South Broad Street
                          Philadelphia, PA 19110
                          Tel: (215) 751-1670
                          Fax: (215) 563-8330
                          jamesdmoran@hotmail.com

Dated: Oct 5, 2016